# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD LEE COOPER,<br><br>                            Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC,<br><br>                           Defendants. | Civil Action No.:<br><br>**1:21-cv-02526-LMM-CCB** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, through counsel and pursuant to 7.1 of the Federal Rules of Civil Procedure, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation

2. Plaintiff is an individual person.

3. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a) Plaintiff.

    (b) Defendant, EQUIFAX INFORMATION SERVICES, LLC

(c) Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

(d) Defendant, TRANS UNION, LLC

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding at this time:

>Joseph P. McClelland, Esq.
>545 N. McDonough Street, Suite 210
>Decatur, Georgia 30030
>Telephone: (770) 775-0938

Dated: June 22, 2021

>Respectfully submitted,
>
>**JOSEPH P. MCCLELLAND, LLC**
>
>By: /s/Joseph P. McClelland
>Joseph P. McClelland, Esq.
>Georgia Bar No.: 483407
>545 N. McDonough Street, Suite 210
>Decatur, Georgia 30030
>Telephone: (770) 775-0938
>joseph@jacksonlaws.com
>
>ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 22 June 2021, a copy of the foregoing Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

Respectfully submitted,

**JOSEPH P. MCCLELLAND, LLC**

By: /s/Joseph P. McClelland
Joseph P. McClelland, Esq.
Georgia Bar No.: 483407
545 N. McDonough Street, Suite 210
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com
**Attorney for Plaintiff**