## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **RONALD LEE COOPER** | Case No.: **1:21-CV-02526-LMM-CCB** |
| Plaintiff/Petitioner | |
| vs. | |
| **EQUIFAX INFORMATION SERVICES, LLC, ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; CIVIL COVER SHEET** |

Received by **Dana Faulkner**, on the **22nd day of June, 2021 at 11:08 PM** to be served upon **EQUIFAX INFORMATION SERVICES LLC c/o Corporation Service Company, REGISTERED AGENT at 2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092**.
On the **23rd day of June, 2021 at 11:00 AM**, I, Dana Faulkner, SERVED EQUIFAX INFORMATION SERVICES LLC c/o Corporation Service Company, REGISTERED AGENT at 2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **Corporation Service Company, REGISTERED AGENT**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired black female approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Alisha M Smith, Coordinator, Authorized to Accept.

Service Fee Total: **$62.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Dana Faulkner_    n/a 260    **JUN 2 3 2021**
Dana Faulkner    Server ID #    Date

Notary Public: Subscribed and sworn before me on this ____ day of **JUN 2 3 2021** in the year of 20__
Personally known to me __X__ or ____ identified by the following document:

Notary Public (Legal Signature) — Marsha Lausman, Gwinnett County, Georgia, Notary Public, Commission Expires January 16, 2022

Number/Reference:_____
Type:_____
Notary Public for State of:_____
Commission Expiration:_____

REF: **Cooper**

Page 1 of 1
Tracking #: **0072100732**

