UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **RONALD LEE COOPER** <br> Plaintiff/Petitioner <br> vs. <br> **EQUIFAX INFORMATION SERVICES, LLC, ET AL.** <br> Defendant/Respondent | Case No.: **1:21-CV-02526-LMM-CCB** <br><br> AFFIDAVIT OF SERVICE OF <br> **SUMMONS; COMPLAINT; CIVIL COVER SHEET** |

Received by **Dana Faulkner**, on the **22nd day of June, 2021 at 11:08 PM** to be served upon **TRANS UNION LLC c/o PRENTICE-HALL CORPORATION SYST, REGISTERED AGENT** at **2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092**.
On the **23rd day of June, 2021 at 10:59 AM**, I, Dana Faulkner, SERVED TRANS UNION LLC c/o PRENTICE-HALL CORPORATION SYST, REGISTERED AGENT at 2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **PRENTICE-HALL CORPORATION SYST, REGISTERED AGENT**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired black female approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Alisha M Smith, Coordinator, Authorized to Accept.

Service Fee Total: **$62.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Dana Faulkner_     n/a 260     **JUN 2 3 2021**
Dana Faulkner     Server ID #     Date

Notary Public: Subscribed and sworn before me on this ____ day of _____ JUN 2 3 2021 in the year of 20__
Personally known to me __X__ or ____ identified by the following document:

Number/Reference: _____
Type: _____
Notary Public for State of: _____
Commission Expiration: _____

_Notary Public (Legal Signature)_



REF: **Cooper (TRANS UNION LLC)**



Page 1 of 1
Tracking #: **0072100649**