UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

**RONALD LEE COOPER**

Plaintiff/Petitioner

vs.

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.**

Defendant/Respondent

Case No.: **1:21-CV-02526-LMM-CCB**

AFFIDAVIT OF SERVICE OF **SUMMONS; COMPLAINT; CIVIL COVER SHEET**

Received by **Marsha Lausman**, on the **22nd day of June, 2021 at 10:47 PM** to be served upon **EXPERIAN INFORMATION SOLUTIONS, INC. c/o C T Corporation System, REGISTERED AGENT at 289 S Culver St, Lawrenceville, Gwinnett County, GA 30046-4805.**
On the **23rd day of June, 2021 at 11:11 AM**, I, Marsha Lausman, SERVED EXPERIAN INFORMATION SOLUTIONS, INC. c/o C T Corporation System, REGISTERED AGENT at 289 S Culver St, Lawrenceville, Gwinnett County, GA 30046-4805 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **C T Corporation System, REGISTERED AGENT**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject saying yes when named, a gray-haired white female approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses. Linda Banks, SOP**

Service Fee Total: **$62.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Marsha Lausman_     N/A  /4/     JUN 2 3 2021
Marsha Lausman              Server ID #  JUN 2 3 2021      Date

Notary Public: Subscribed and sworn before me on this _____ day of _____ in the year of 20__
Personally known to me __X__ or _____ identified by the following document:

_Dana Faulkner_
Notary Public (Legal Signature)

Number/Reference:_____
Type:_____
Notary Public for State of:_____
Commission Expiration:_____

(Notary Seal: DANA FAULKNER, NOTARY, EXPIRES 10/18/2024, GEORGIA, GWINNETT COUNTY, PUBLIC)


