IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RONALD LEE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-cv-02526-LMM-CCB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC; | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.3 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1. **The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    (a) Plaintiff Ronald Lee Cooper.

    (b) Defendant Equifax Information Services, LLC.

(c) Defendant Experian Information Solutions, Inc. The ultimate parent company of Experian Information Solutions, Inc. is Experian plc. Experian plc indirectly owns one hundred percent (100%) of Experian Information Solutions, Inc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

(d) Defendant Trans Union, LLC.

2. **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

(a) Central Source LLC
(b) Online Data Exchange LLC
(c) New Management Services LLC

(d) VantageScore Solutions LLC

(e) Opt-Out Services LLC

3. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Joseph McClelland, Attorney for Plaintiff;

Esther Slater McDonald and the law firm of SEYFARTH SHAW, LLP, Attorneys for Equifax Information Services, LLC;

Michael Adam Merar and the law firm of QUILLING SELANDER LOWNDS WINSLETT AND MOSER, PC, Attorneys for Trans Union, LLC; and

Rebecca C. Reynolds and the law firm of JONES DAY, Attorneys for Experian Information Solutions, Inc.

Dated: July 14, 2021                    Respectfully submitted,

*/s/ Rebecca C. Reynolds*
Rebecca C. Reynolds
Ga. Bar No. 194180
JONES DAY
1221 Peachtree St. NE, Ste. 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
rreynolds@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Rebecca C. Reynolds*
Rebecca C. Reynolds

*Attorney for Defendant*
*Experian Information Solutions, Inc.*