IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD LEE COOPER,

    Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:21-CV-2526-LMM-CCB

**O R D E R**

The undersigned is **RECUSED** from presiding in this case. The Clerk is

**DIRECTED** to reassign the referral of this case to another United States Magistrate

Judge and to assign a replacement case to the undersigned.

**IT IS SO ORDERED**, this 15th day of July, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE