IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD LEE COOPER,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:21-cv-02526-LMM-RDC |

## **ORDER**

Before the Court is Defendant Trans Union, LLC's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. 18). Trans Union requests an extension to August 25, 2021, to investigate the facts underlying the complaint and file an appropriate response. Trans Union also represents that the additional extension will allow it time to explore settlement opportunities with Plaintiff. Upon consideration and for good cause shown, the motion is **GRANTED**. Trans Union must file an answer or other response to the complaint on or before **Wednesday, August 25, 2021**.

Relatedly, the parties' Joint Preliminary Report and Discovery Plan is currently due on August 13, 2021. *See* LR 16.2, NDGa. However, because not all defendants have filed responsive pleadings in this case, the Court will extend the time for filing a discovery plan to **Wednesday, September 1, 2021**. The discovery period will begin after the parties file their discovery plan.

IT IS SO **ORDERED** on this 12th day of August 2021.

                                                                                 /s/ R. Cannon
                                                                                 REGINA D. CANNON
                                                                                 United States Magistrate Judge