# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD LEE COOPER,<br><br>                        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC,<br><br>                        Defendants. | Civil Action No.:<br><br>**1:21-cv-02526-LMM-RDC** |

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC ONLY

PLEASE TAKE NOTICE that Plaintiff Ronald Lee Cooper and Defendant Trans Union, LLC have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal.

| | |
|---|---|
| */s/* Joseph P. McClelland<br>Joseph P. McClelland<br>Georgia Bar No.: 483407<br>545 N. McDonough Street, Suite 210<br>Decatur, Georgia 30030<br>Telephone: (770) 775-0938<br>Facsimile: (770) 775-0938 | */s/* Michael Merar<br>Michael Merar<br>mmerar@qslwm.com<br>Georgia Bar No. 966038<br>Quilling, Selander, Lownds, Winlsett & Moser, P.C.<br>6900 North Dallas Parkway, Suite 800 |

joseph@jacksonlaws.com        Plano, Texas 75024
*Counsel for Plaintiff*            (214) 560-5443
                                         (214) 871-2111 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, I filed a true and correct copy of the foregoing **Notice of Settlement** with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

                                              /s/ Joseph P. McClelland
                                              Joseph P. McClelland