IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD LEE COOPER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC,<br><br>　　　　　　　　　　　Defendants. | Civil Action No.:<br><br>**1:21-cv-02526-LMM-CCB** |

**STIPULATION TO DISMISS AS TO TRANS UNION, LLC ONLY**

Plaintiff Ronald Lee Cooper, and Defendant Trans Union LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: September 30, 2021

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland, Esq.
Georgia Bar No. 483407
545 N. McDonough St., Suite 210
Decatur, Georgia 30030

Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ Michael Merar*
mmerar@qslwm.com
Georgia Bar No. 966038
Quilling, Selander, Lownds, Winlsett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax

ATTORNEY FOR TRANS UNION, LLC

*/s/ Kearstin Harumi Sale*
Kearstin Harumi Sale, Esquire
Georgia Bar No. 650510
Seyfarth Shaw LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
404-704-9614 (Telephone)
ksale@seyfarth.com

ATTORNEY FOR EQUIFAX

*/s/ Rebecca C. Reynolds*
Rebecca C. Reynolds
GA Bar No. 194180
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Telephone: 404.581.8825
E-Mail: rreynolds@jonesday.com

ATTORNEY FOR EXPERIAN INFORMATION SOLUTIONS, INC.